

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00083-CR

John **COLEMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10029
Honorable Sid L. Harle, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is affirmed.

SIGNED October 7, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice